A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Sep 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION          MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 17, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 4:06-md-01811-CDP Document 1532 Filed 09/22/09 Page 2 of 3
Case 5:09-cv-00242-BSM Document 32 Filed 09/27/09 Page 5 of 6

Page 1 of 2

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**     MDL No. 1811

## SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**            **CASE CAPTION**

ARKANSAS EASTERN
  ARE  1   09-36             Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-109            Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-110            B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
  ARE  2   09-111            Henry Kelly v. Bayer CropScience, LP, et al.
  ARE  2   09-116            Kirk Brann, et al. v. Bayer CropScience, LP, et al.
  ARE  2   09-118            Stanley Bosnick v. Bayer CropScience, LP
  ARE  2   09-119            Eloise Bosnick Family Trust v. Bayer CropScience, LP
  ARE  2   09-120            Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
  ARE  2   09-121            Bosnick Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-126            Dean Davis, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-127            Jay Reiman, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-128            Darrell Brady, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-129            Steve Davis, et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-130            Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
  ARE  3   09-131            Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
  ARE  3   09-132            Bullard Farms, Inc., et al. v. Bayer AG, et al.
  ARE  3   09-134            Louiese Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-135            Ninety-Six Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-136            South Bayou Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-137            Tool Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-138            BC&MC Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-139            Blue Lake Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-140            Bosnick Family Trust v. Bayer CropScience, LP
  ARE  3   09-141            Long Grain Farms, Inc. v. Bayer CropScience, LP
  ARE  3   09-142            Long Rows, Inc. v. Bayer CropScience, LP
  ARE  4   09-677            Lane Oliver, et al. v. Bayer CropScience, LP, et al.
  ARE  4   09-678            Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-230            Jason Smith, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-231            Rick Siems, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-232            Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-234            Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-235            Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-237            Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-239            Billy M. Long, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-240            Greg Hackney, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-241            James M. Craig, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-242            Wade Richter, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-243            Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
  ARE  5   09-244            Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**    **CASE CAPTION**

ARKANSAS EASTERN
   ARE 5 09-245   Brad Haynes, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-246   James Noble, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-247   Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-248   Curt Moore, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-249   John Worring, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-250   Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-251   Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-252   Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-253   Roy McCollum, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-254   Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-255   Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-256   Brooks Davis, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-257   John Ross, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-258   Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-259   Gary Stone, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-260   Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-261   Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
   ARE 5 09-262   Talka Corp. v. Bayer CropScience, LP
   ARE 5 09-263   Stanley Welty v. Bayer CropScience, LP
   ARE 5 09-264   W.N. Gillison Revocable Trust v. Bayer CropScience, LP
   ARE 5 09-265   Dave Black, et al. v. Bayer CropScience, LP
   ARE 5 09-266   C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
   ARE 5 09-267   A&K Farms, Inc. v. Bayer CropScience, LP